# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY TORRES and ALEX CARDENAS, all individually, on behalf of all others similarly situated, | CASE NO. 1:09-cv-1179 AWI GSA |
| Plaintiff, | **ORDER TO TRANSFER ACTION** |
| vs. | |
| LOWE'S HIW, INC., a Washington Corporation; and DOES 1 through 10 inclusive, | |
| Defendant. | |

Based on the parties' stipulation and good cause, this Court TRANSFERS this action to the United States District Court for the Central District of California. This Court further:

1. DIRECTS the clerk to take necessary action to transfer this action to the United States District Court for the Central District of California;

2. VACATES all pending dates before this Court, including the January 20, 2010 scheduling conference;

3. The United States District Court for the Central District of California is advised that the parties have stipulated and requested that this matter be consolidated with <u>Michael Meyer v. Lowe's HIW, Inc. et al.</u>, CV-09-6962- DDP (Rzx) an existing case within the Central District.

IT IS SO ORDERED.

Dated: **November 13, 2009**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

1